October 6, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

ORTHOFIX, INC., Appellant

NO. 14-16-00193-CV                    V.

DAVID C. WAGENSELLER, INMOTION MEDICAL, INC., NANCY BARNES
AND DJO, LLC, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on February 5, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.